JB

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS ~~RECEIVED~~
EASTERN DIVISION

DEC 02 2022 JB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KEVIN SROGA

)
)
)
)
)
)
Plaintiff(s),                    )
)
vs.                            )     22cv6833
)     Judge Maldonado
Village of River Grove         )     Magistrate Judge Cole
)     Randomly Assigned
Harry Smith et, al.            )     CAT 2
)
)
)
Defendant(s).                    )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.      This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.      The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.      Plaintiff's full name is ___Kevin Robert SROGA___.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _JOHN Doe + Harry Smith JR._, is
(name, badge number if known)

☒ an officer or official employed by _Village OF River Grove_,
(department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

acted is _village oF River Grove_. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about _December 2nd, 2020_, at approximately _11:00:_ ☒ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of _River Grove_

_____, in the County of _Cook_,

State of Illinois, at _2621 North Thatcher Ave. River grove_
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☒ ~~arrested or~~ property seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

☐ failed to provide plaintiff with needed medical care;

☒ conspired together to violate one or more of plaintiff's civil rights;

☐ Other:

_Plaintiff's vehicle was towed + Impounded without proper Authorization to which village oFFicials Tried JustiFying this illegal tow by 2 engaging in a conspiracy to JustiFy such Illegal action_

_____.

7.    Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*): Custom of not providing persons with an adquate fair and Impartial Administrative procedure AS so Required by law and the U.S.C.

8.    Plaintiff was charged with one or more crimes, specifically:

A municipal ordinance violation that was no longer in Effect @ the time his vehicle was towed + Impounded.

_____

_____

9.    (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____

_____.

☒ Other: Illegal seizure of his personal property in Violation of the 4th Amendment to the U.S.C.

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

John Doe Village of River Grove P.O. towed + then Impounded plaintiff's 2004 F-350 Ford pick-up truck on a "stale" ordinance, an ordinance which no longer was in effect @ the time of his vehicle being towed + Impounded. At the time, plaintiff's vehicle was towed a "new" ordinance was "In Effect" essentially rendering the old ordinance "null + void". moreover, village officials denied plaintiff his Due process Rights in trying to recuperate his vehicle back through a "Fair + Impartial" Administrative procedure.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

plaintiff's vehicle was ultimately destroyed as well as his personal Items such As tools, 3 vending machines - titles to other vehicles he had owned.

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

4

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.


**WHEREFORE,** plaintiff asks for the following relief:

A.      Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B.      ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages

against the individual defendant; and

C.      Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: _KEvin SROGA_____

Plaintiff's mailing address: _7915 w. Cresselt Dr_____

City _Elmwood Plc_____ State _IL_____ ZIP _60707_

Plaintiff's telephone number: ( 312 ) _536-3864_____ .

Plaintiff's email address *(if you prefer to be contacted by email)*: _KSroga74_

_@ Gmail . com_____

15.     Plaintiff has previously filed a case in this district.  ☐ Yes ☐ No

*If yes, please list the cases below.*


*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*